Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ANGEL LOPEZ-AGUILAR,<br>　　a/k/a "Pepe," Feliz Jose Pacheco-Pacheco,<br>　　Jose Angel Lopez-Vazquez,<br>JOSE VAZQUEZ -LOPEZ,<br>　　a/k/a "Chapelo," Jose Vazquez, and<br>SANBINO GARCIA-QUIROZ,<br>　　a/k/a "Flaco," Bertoldo Orta-Garcia,<br>　　Otoniel Rodriguez-Mercado,<br><br>　　　　Defendants. | NO. CR06-5101RBL<br><br>ORDER CONTINUING TRIAL<br>DATE AND DEADLINE FOR<br>PRE-TRIAL MOTIONS |

　　All Defendants, through counsel, and the United States have requested a continuance of the trial date and pretrial motions deadline previously set in this case, and all Defendants have submitted a written speedy trial waivers through June 23, 2006; accordingly:

　　THE COURT FINDS:

　　　　1.　　This case involves an alleged interstate conspiracy to possess with intent to distribute a large quantity of Methamphetamine. Trial was originally set for April 10, 2006. A discovery conference was held on February 28, 2006, and the United States provided discovery at that time.

　　　　2.　　After a substitution of counsel, new counsel for Defendant Lopez-Aguilar entered the case on March 6, 2006. A second discovery conference was held for new counsel on March 14,

Order Continuing Trial Date and Pre-trial
Motions Due Date/U.S. v. Lopez-Aguilar - 1
CR06-5101RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

2006.

3. All Defendants' primary language is Spanish, requiring the use of interpreters and translation of evidence. The process of translating evidence, documents, and plea offers takes additional time.

4. Attorneys for all Defendants require additional time to analyze the disclosed reports and prepare a defense. Defendants also need additional time to review and analyze discovery in preparation for pretrial motions. Both parties require additional time to engage in plea negotiations.

5. Because of all these factors, Defendants and Defense counsel agree that they cannot adequately be prepared for trial on April 10, 2006. They request a continuance until June, 2006.

6. The United States does not oppose this request for continuance.

IT IS HEREBY ORDERED that the **JURY TRIAL** shall be continued from April 10, 2006, until **JUNE 5, 2006 AT 9:00 A.M.** The deadline for filing **pre-trial motions** is extended to **APRIL 24, 2006.** A **MOTION HEARING**, if needed, is scheduled for **MAY 11, 2006 at 9:00 A.M.** The **PRE-TRIAL CONFERENCE** is scheduled for **MAY 31, 2006 at 9:00 A.M.**

THE COURT FINDS that the period of time between April 10, 2006, and this new trial date shall be excluded from computation under 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(I) and (iv), because of the nature of the prosecution, and the need for counsel for the Defendants for more time for effective preparation, taking into account the exercise of due diligence, and that it is unreasonable to expect effective preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act. The Court finds that failure to grant such a continuance would result in a miscarriage of justice.

/////////
/////////
/////////

THE COURT FURTHER FINDS that the ends of justice served by this continuance outweigh the

Order Continuing Trial Date and Pre-trial
Motions Due Date/U.S. v. Lopez-Aguilar - 2
CR06-5101RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  best interest of the public and Defendants in a speedy trial.

2      IT IS SO ORDERED this 27th day of March, 2006.

3

                                 RONALD B. LEIGHTON

4                                   UNITED STATES DISTRICT JUDGE

Presented by:

5  s/ Sarah Vogel/Matthew H. Thomas
SARAH VOGEL

6  MATTHEW H. THOMAS
Assistant United States Attorneys

7

8  Approved telephonically:

9

10  s/ Thomas A. Cena, Jr.
THOMAS A CENA, JR.

11  Counsel for Jose Angel Lopez-Aguilar

12

13  s/ Thomas A. Campbell
THOMAS A. CAMPBELL

14  Counsel for Jose Vazquez-Lopez

15

16  s/ Judith M. Mandel
JUDITH M. MANDEL

17  Counsel for Otoniel Rodriguez-Mercado

18

19

20

21

22

23

24

25

26

27

28

Order Continuing Trial Date and Pre-trial Motions Due Date/U.S. v. Lopez-Aguilar - 3
CR06-5101RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970