UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE VAZQUEZ-LOPEZ<br><br>　　　　　　　Defendant. | CASE NO.CR06-5101RBL<br><br>ORDER GRANTING<br>CONTINUANCE OF<br>TRIAL DATE |

The defendant moves to continue the trial date. The government has no objection. For the reasons stated in Mr. Campbell's Affidavit, the motion is GRANTED and the Trial Date is **CONTINUED to October 16, 2006.**

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A). The period of delay resulting from this continuance from **JUNE 5, 2006 to OCTOBER 16, 2006** is excluded for speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

ORDER -1

ACCORDINGLY:

The Jury Trial is **CONTINUED** to Monday, **OCTOBER 16, 2006 at 9:00 a.m.**

No Pretrial Conference is rescheduled at this time.

The Motions Cutoff date is extended to **SEPTEMBER 12, 2006.**

IT IS SO ORDERED this 1st day of June, 2006.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER -2

ORDER -2