UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSE VAZQUEZ-LOPEZ,<br><br>　　　　　Defendant. | CASE NO.CR06-5101RBL<br><br>ORDER GRANTING<br>CONTINUANCE OF<br>TRIAL DATE |

The defendant moves to continue the trial date and advises within the motion that Government Counsel does not object to the requested continuance.. For the reasons stated, the motion is GRANTED and the Trial Date is **CONTINUED to JANUARY 16, 2007.**

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A). The period of delay resulting from this continuance from **November 20, 2006 to January 16, 2007** is excluded for speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

ORDER -1

ACCORDINGLY:

The Jury Trial is **CONTINUED** to **JANUARY 16, 2007 at 9:00 a.m.**

The Motions Cutoff date is extended to **DECEMBER 12, 2006.**

IT IS SO ORDERED this 19th day of October, 2006.

                                  RONALD B. LEIGHTON
                                  UNITED STATES DISTRICT JUDGE

ORDER -2